# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-00251-01-CR-W-DW |
| | ) | |
| GEORGE VASSEL, III, | ) | |
| | ) | |
| Defendant . | ) | |

## REPORT AND RECOMMENDATION

Defendant was previously committed pursuant to 18 U.S.C. §4241, to determine his competency to stand trial. An evaluation was conducted at the Metropolitan Detention Center in Los Angeles, California. A report of that evaluation was filed with the Court. This matter was called for a hearing. The defendant appeared personally and with appointed counsel Nancy R. Price, Assistant Federal Public Defender. The United States was represented by Rose A. Barber, Assistant United States Attorney. The only evidence presented was the forensic report previously mentioned. In accordance with the findings, it is hereby

RECOMMENDED that the defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. §4241(d)(1), as the Court finds by a preponderance of the evidence that the defendant is suffering from a mental disease or defect, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. It is further

RECOMMENDED that he be committed for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.[1]

       /s/ James C. England
**JAMES C. ENGLAND**
**UNITED STATES MAGISTRATE JUDGE**

Date:   December 16, 2005

---

[1] All parties have waived the statutory 10-day waiting period.