# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  05-0251-CR-W-DW |
| | ) | |
| GEORGE VASSEL, III | ) | |
| | ) | |
| Defendant . | ) | |

## REPORT AND RECOMMENDATION

Defendant was previously committed under the provisions of 18 U.S.C. §4241(d).  He was initially found incompetent to proceed, and subsequently a report was submitted that found the defendant continues to suffer from a mental disease as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another.  This matter was called for a hearing.  The defendant appeared personally and with appointed counsel Ian Lewis, Assistant Federal Public Defender.  The United States was represented by Rose A. Barber, Assistant United States Attorney.  The Court received the Risk Assessment Review Report, dated October 30, 2006, into evidence.  Neither party presented evidence.  It is therefore

RECOMMENDED that the defendant be committed for care and custody in a suitable facility for the treatment for a mental disorder pursuant to 18 U.S.C. § 4241(d) and for consideration for commitment under 18 U.S.C. § 4246. [1]

       /s/ James C. England
**JAMES C. ENGLAND, CHIEF**
**UNITED STATES MAGISTRATE JUDGE**

Date: November 13, 2006

---

[1] All parties have waived the statutory 10-day waiting period in which to file exceptions. The matter will be submitted to the United States District Judge to whom it is assigned forthwith.