# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-0251-01-CR-W-DW |
| GEORGE VASSEL, III, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Report and Recommendation filed by Chief United States Magistrate Judge James C. England, it is hereby

ORDERED that the Court finds by a preponderance of the evidence that the defendant continues to suffer from a mental disease as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another. It is further

ORDERED that the defendant be committed for care and custody in a suitable facility for the treatment for a mental disorder pursuant to 18 U.S.C. §4241(d) and for consideration for commitment under 18 U.S.C. § 4246.

/s/ DEAN WHIPPLE
**DEAN WHIPPLE, CHIEF**
**UNITED STATES DISTRICT JUDGE**

Date: November 17, 2006