IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-00251-01-CR-W-HFS |
| | ) | |
| GEORGE S. VASSEL, III, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT & RECOMMENDATIONS**

Before the Court is the Government's Motion to Dismiss Indictment. (Doc. 39.) This matter has been referred to the undersigned for the purpose of preparing a report on any pretrial motions to dismiss the indictment. No response or opposition to the motion has been filed.

In this matter, on July 12, 2005, Defendant George S. Vassel, III, DOB 12/14/71, was charged by Indictment with one count of assaulting an officer of the United States. (Doc. 13.) On December 16, 2005, Defendant was found not competent to proceed to trial. (Doc. 26.) Then, on April 19, 2007, based on clear and convincing evidence that he "suffers from a mental disease or defect, and that his unconditional release would create a substantial risk of bodily injury to another person or serious damage to the property of another," Defendant was committed to the custody of the Attorney General under the provisions of 18 U.S.C. § 4246. *See* Case No. 07-03026-CV-S-MDH, Doc. 12. Thereafter, Defendant was hospitalized at the Medical Center for Federal Prisoners at 1900 West Sunshine Street in Springfield, Missouri. *See* Case No. 07-03026-CV-S-MDH, Doc. 29-1 at 2.

Attached to the motion is a "Certification of Death" issued by the State of Missouri on May 6, 2019. (Doc. 39-1.) The attachment indicates that George Steven Vassel, III, whose date of birth

was December 14, 1971, and whose residence was 1900 W Sunshine Street, Springfield, Missouri, died on April 8, 2019, of multi-organ system failure and sepsis. *Id*.

Based on the foregoing facts, which are uncontroverted, the undersigned finds that Defendant, George S. Vassel, III, is deceased. Accordingly, pursuant to Fed. R. Crim. P. 48(a), it is **RECOMMENDED** that the unopposed Motion to Dismiss Indictment be granted, and the Indictment be dismissed.

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 8, 2021