IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-00251-CR-W-HFS |
| | ) | |
| GEORGE VASSEL, III | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The Government has filed a motion to dismiss the indictment due to the death of defendant. (Doc. 39). In a Report and Recommendation, Magistrate Judge David P. Rush found that based on the uncontroverted evidence presented, the defendant is deceased; and pursuant to Fed.R.Crim.P. 48(a), the Government's motion should be granted. (Doc. 40).

After review of the record, the Government's motion to dismiss (Doc. 39) is GRANTED, and the Report and Recommendation (Doc. 40) is ADOPTED.

/s/ Howard F. Sachs
                                            ——————————————————
                                            HOWARD F. SACHS
                                            UNITED STATES DISTRICT JUDGE

July 16, 2021

Kansas City, Missouri